# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

132558

DIANA JUCKETT,
            Plaintiff-Appellee,

v

RAGHU ELLURU, M.D., and
GREAT LAKES PLASTIC
RECONSTRUCTIVE & HAND
SURGERY, P.C.,
            Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132558
COA: 260350
Calhoun CC: 02-004703-NH

On order of the Court, the application for leave to appeal the October 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk